Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  Suite 20
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Fax: (925) 522-5306
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
FRANCINE ELIZABETH MEHEGAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FRANCINE ELIZABETH MEHEGAN,<br><br>        Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. SACV 8:21-cv-00232-AS<br><br>[~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of **$5,100.00** as authorized by 28 U.S.C. § 2412, and costs in the amount of **$402.00** under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  May 2, 2023                            _____/ s / Sagar_____
                                                            HON. ALKA SAGAR
                                                             UNITED STATES MAGISTRATE JUDGE